UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **SACV 10-1940 AG (MLGx)** | Date | January 6, 2011 |
|---|---|---|---|
| Title | BENJAMIN PAPARELLA V. JPMORGAN CHASE BANK | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE RE FEDERAL JURISDICTION**

Plaintiff Benjamin Paparella ("Plaintiff") filed his Class Action Complaint in state court in May 2010. In the Complaint, Plaintiff alleges that the total amount in controversy in this matter is less than $5,000,000, and the pro rata amount in controversy does not exceed $75,000. Defendant removed the action to this Court, arguing that the total amount in controversy is greater than $5,000,000 and that this Court therefore has jurisdiction over this matter under the Class Action Fairness Act.

Defendant is ORDERED TO SHOW CAUSE why this case should not be remanded for lack of jurisdiction. Defendant's response to this Order is due January 20, 2011. Plaintiff may file an opposition to Defendant's response by January 31, 2011. A hearing on this matter is set for February 14, 2011, at 10:00 a.m.

: 0

Initials of Preparer   lmb